1
2
3
4
5
6
7
8  NOTE: CHANGES MADE BY THE COURT
9
10
11
12  **UNITED STATES DISTRICT COURT**
13  **CENTRAL DISTRICT OF CALIFORNIA**
14
15  BARBARA ANN MORAWSKI and JOSE L. CORTEZ as individuals and on behalf of all others similarly situated,

CASE NO. CV13-2349 ABC (RZx)

Hon. Audrey B. Collins

[~~PROPOSED~~] ORDER VACATING INITIAL SCHEDULING CONFERENCE IN LIGHT OF SETTLEMENT

Plaintiffs,

vs.

A.J. SPURS RESTAURANT – SANTA MARIA, INC., a California Corporation; A.J. SPURS – BUELLTON, INC., a California Corporation; A.J. SPURS – TEMPLETON, INC., a California Corporation; MILT GUGGIA ENTERPRISES, INC., dba A.J. SPURS SALOON & DINING HALL, a California Corporation; and DOES 1 through 10,

Defendants.

1
[PROPOSED] ORDER VACATING INITIAL SCHEDULING CONFERENCE IN LIGHT OF SETTLEMENT

# [~~PROPOSED~~] ORDER

In light of the Parties' Stipulation to Vacate Initial Scheduling Conference in Light of Settlement, the Court hereby vacates the Initial Scheduling Conference currently scheduled for May 12, 2014, and all associated filing deadlines. **Plaintiff's motion for preliminary approval of class action settlement shall be filed no later than June 16 2014.**

**IT IS SO ORDERED.**

Dated: 4/23/14

_____
Honorable Audrey B. Collins
United States District Judge

2
[PROPOSED] ORDER VACATING INITIAL SCHEDULING CONFERENCE IN LIGHT OF SETTLEMENT