# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA ANN MORAWSKI and JOSE L. CORTEZ as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A.J. SPURS RESTAURANT – SANTA MARIA, INC., a California Corporation; A.J. SPURS – BUELLTON, INC., a California Corporation; A.J. SPURS – TEMPLETON, INC., a California Corporation; MILT GUGGIA ENTERPRISES, INC., dba A.J. SPURS SALOON & DINING HALL, a California Corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO. CV13-2349 ABC (RZx)<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Assigned to the Hon. Audrey B. Collins |

1

On July 14, 2014, the Court heard a motion by Barbara Ann Morawski and Jose L. Cortez ("Plaintiffs") seeking preliminary approval of Plaintiffs' settlement with Defendants A.J. Spurs Restaurant – Santa Maria, Inc., A.J. Spurs – Buellton, Inc., A.J. Spurs – Templeton, Inc., and Milt Guggia Enterprises, Inc. ("Defendants"). The Court has considered Plaintiffs' motion, the Joint Stipulation of Class Action Settlement ("Settlement" or "Settlement Agreement"), the proposed Class Notice, proposed Claim Form and proposed Request for Exclusion Form, and the submissions of counsel, and hereby finds and orders as follows:

1. The Court finds on a preliminary basis that the class action settlement memorialized in the Settlement Agreement, filed with the Court, falls within the range of reasonableness and, therefore, meets the requirements for preliminary approval.

2. The Court conditionally certifies, for settlement purposes only, the following class ("Class"):

> All non-exempt, hourly employees who were employed by Defendants in California at any time from April 2, 2009 to [INSERT PRELIMINARY APPROVAL DATE].

The Court finds that, for settlement purposes only, the requirements of Federal Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied, with the exception of the manageability requirement of Rule 23(b)(3) which the Court need not address for purposes of settlement.

3. The Court appoints, for settlement purposes only, Barbara Ann Morawski and Jose L. Cortez, as the Class Representatives.

4. The Court appoints, for settlement purposes only, Hernaldo J. Baltodano of Baltodano & Baltodano LLP and Paul K. Haines of Boren Osher & Luftman LLP as Class Counsel for settlement purposes.

5. The Court appoints CPT Group, Inc. as Claims Administrator.

6. The Court approves, as to form and content, the Class Notice, Claim Form and Request for Exclusion Form, attached to the Settlement Agreement as Exhibits 1, 2 and 3, respectively. The Claims Administrator is ordered to mail those documents to the Class members as provided in the Settlement Agreement.

7. Each Class Member who does not timely submit a Request for Exclusion Form will have sixty (60) days after the date on which the Claims Administrator mails the Class Notice to object to the Settlement by serving the Claims Administrator, Class Counsel, and Counsel for Defendants, and/or filing with the Court, by the sixty (60) day deadline, a written objection to the Settlement. Each Class Member who does wish to be excluded from the Class will have sixty (60) days from the date the Class Notice is originally mailed to opt-out of the Class.

8. The Court will conduct a Final Approval Hearing on November 10, 2014 at 10:00 a.m., or as soon thereafter as the matter may be heard, to determine the overall fairness of the settlement and to fix the amount of reasonable attorneys' fees and costs to Class Counsel and enhancement payments to the Class Representatives. The Final Approval Hearing may be continued without further notice to Class Members. Class Counsel shall file their motion for approval of the settlement, including approval of reasonable attorneys' fees, costs, and the Class Representative payments sought in the Settlement, on or before October 13, 2014.

IT IS SO ORDERED.

Dated: July 8, 2014

_____
The Honorable Audrey B. Collins
United States District Judge